1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

9           IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,         CASE NO. 1:18-CR-00139 LJO SKO

13 |                Plaintiff,          ORDER TO UNSEAL INDICTMENT

14 |        v.

15 | WILLIAM S. O'REILLY,

16 |                Defendant.

17

18     This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

19 Criminal Procedure.

20     IT IS HEREBY ORDERED that the case be unsealed and made public record.

21

22 DATED: 6/29/18

23
                                           Honorable BARBARA M. McAULIFFE
24                                         United States Magistrate Judge

2