**HARRY M. DRANDELL #109293**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
WILLIAM O'REILLY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00139-LJO |
|---|---|
| Plaintiff, | **ORDER FOR TEMPORARY RELEASE AND TRANSPORTATION OF DEFENDANT TO DELANCEY STREET SAN FRANCISCO** |
| v. | |
| WILLIAM O'REILLY, | |
| Defendant. | |

**IT IS HEREBY ORDERED THAT;** WILLIAM O'REILLY, Fresno County Sheriff's JID #7090476, Booking #1825675, shall be released from the Fresno County Jail on June 20, 2019, at 5:00 a.m. to Teri Rothschild, CA Driver's License #N0718473, to be transported directly to Delancey Street Program of San Francisco, located at 600 Embarcadero in San Francisco, for an intake interview and assessment to determine the defendant's suitability to their program.

**It is further ordered that** if found suitable, and acceptable, the defendant will remain at Delancey Street program. If not found acceptable, Mr. O'Reilly is to be returned by Ms. Rothschild directly to the Fresno County jail by no later than 10:00 p.m. on June 20, 2019.

IT IS SO ORDERED.

Dated: **June 17, 2019**           **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE