**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 FULTON STREET, SUITE 701
FRESNO, CA 93721
PHONE (559) 442-1041
FAX (559) 214-0174

ATTORNEYS FOR   Defendant, William S. O'Reilly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO:   1:18-CR-00139-NONE |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. ) | |
| WILLIAM S. O'REILLY, ) | |
| Defendant. ) | |

The Court having considered defendant's Request to Seal Documents, his Notice of Request to Seal Documents, including the Declaration of Harry M. Drandell in Support of Request to Seal Documents, finds compelling reasons for the filing of the documents under seal.  Therefore, defendant's Request to Seal Documents is GRANTED.

This Order regarding sealing will be permanent and that no one is to have access to these documents except for the Court, opposing counsel, probation and anyone this Court deems appropriate.

It is hereby ordered that the defendant's Request to Seal Documents and Declaration of Harry M. Drandell in Support of Request to Seal Documents shall be **FILED UNDER SEAL.**

**IT IS SO ORDERED.**

Dated: July 30, 2021, 2021

_Dale A. Drozd_
HONORABLE DALE D. DROZD
United States District Court Judge